```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 59850
   ZONDRA DAVIS
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER


         Debtor
   SSN XXX-XX-8105

-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 10/15/2005 and was confirmed 01/25/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was paid in full 09/08/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------------
HYDE PARK REALTY           UNSECURED         1288.77            .00         128.88
CHILES & ASSOCS            UNSECURED        NOT FILED           .00            .00
CITY OF CHICAGO PARKING    UNSECURED        NOT FILED           .00            .00
HARVARD COLLECTION SERVI   UNSECURED        NOT FILED           .00            .00
ADVOCATE ILLINOIS MASONI   UNSECURED        NOT FILED           .00            .00
ILLINOIS TITLE LOAN INC    SECURED           1000.00          50.51        1000.00
LINEBARGER GOGGAN BLAIR    UNSECURED        NOT FILED           .00            .00
NCO INOVMED                UNSECURED        NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED        NOT FILED           .00            .00
SIMM ASSOCIATES INC        UNSECURED        NOT FILED           .00            .00
ST BERNARDS HOSPITAL       UNSECURED        NOT FILED           .00            .00
T-MOBILE USA               UNSECURED          276.11            .00          27.61
UNITED COLLECTIONS         UNSECURED        NOT FILED           .00            .00
JERRY BEED                 SECURED            555.00            .00         555.00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT       5.20             .00           5.20
JERRY BEED                 UNSECURED        NOT FILED           .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,200.00                       2,200.00
TOM VAUGHN                 TRUSTEE                                           265.70
DEBTOR REFUND              REFUND                                            230.86

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE              4,463.76

PRIORITY                                          5.20
SECURED                                       1,555.00
    INTEREST                                     50.51
UNSECURED                                       156.49
ADMINISTRATIVE                                2,200.00
TRUSTEE COMPENSATION                            265.70

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 59850 ZONDRA DAVIS
```

```
DEBTOR REFUND                                                    230.86
                                         ---------------    ---------------
TOTALS                                         4,463.76           4,463.76
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE